UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT PADUCAH
CIVIL ACTION NO. 5:12CV-86-R

**TOM N. JERRY**                                                                                           **PLAINTIFF**

v.

**GERALD ARTHUR SANDUSKY**
**a/k/a JERRY SANDUSKY**                                                                      **DEFENDANT**

## MEMORANDUM OPINION

By Order entered August 15, 2012, the Court directed Plaintiff Tom N. Jerry to either pay the $350.00 filing fee in full or file a fully completed application to proceed without prepayment of fees. The Court warned Plaintiff that his failure to comply within 30 days from entry of the Order would result in dismissal of this civil action. A review of the record in this action reveals that Plaintiff has failed to comply with the Order or show cause for said failure.

Consequently, the instant action will be dismissed pursuant to Fed. R. Civ. P. 41(b) for failure to comply with a prior Order of this Court and failure to prosecute.

Date:


cc: Plaintiff, *pro se*
4413.009